## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CARMEN ENTERPRISES, INC., AND BRUCE J. CHASAN, | : | No. 247 EAL 2018 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| MURPENTER, LLC, ROBERT DOUGLAS CARPENTER, JR., KATHLEEN MURPHY, ELY GOLDIN, FOX ROTHCHILD, LLP, AND EDWARD J. DIDONATO, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.